Claude M. Stern (State Bar No. 96737)
claudestern@quinnemanuel.com
Mark Tung (State Bar No. 245782)
marktung@quinnemanuel.com
QUINN EMANUEL
URQUHART & SULLIVAN LLP
555 Twin Dolphin Drive, 5th Floor
Redwood Shores, California 94065
Telephone:  (650) 801-5000
Facsimile:  (650) 801-5100

Attorneys for Defendant
DOCUSIGN, INC.

Charles J. Crueger (not yet admitted *pro hac vice*) (WI Bar No. 1029825)
ccrueger@hrdclaw.com
Erin K. Dickinson (not yet admitted *pro hac vice*) (WI Bar No. 1036707)
edickinson@hrdclaw.com
Jeremy Adelson (not yet admitted *pro hac vice*) (WI Bar No. 1065502)
jadelson@hrdclaw.com
Hansen Reynolds Dickinson Crueger LLC
316 N. Milwaukee St., Suite 200
Milwaukee, WI 53202
Direct dial: (414) 455-7676

Attorneys for Plaintiff
YOZONS, INC.

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| YOZONS, INC.,<br><br>  Plaintiff,<br><br>vs.<br><br>DOCUSIGN INC,<br><br>  Defendant. | CASE NO. 3:15-cv-05041-SI<br><br>STIPULATED MOTION AND [~~PROPOSED~~] ORDER TO DISMISS ALL CLAIMS WITH PREJUDICE PURSUANT TO FED. R. CIV. P. 41(a)(2) AND ALL COUNTERCLAIMS WITHOUT PREJUDICE PURSUANT TO FED. R. CIV. P. 41(c)<br><br>Hon. Susan Illston |

## STIPULATED MOTION FOR DISMISSAL

The plaintiff Yozons, Inc. and defendant DocuSign, Inc., pursuant to Fed. R. Civ. P. 41(a)(2) and (c), hereby move for an order dismissing all claims in the complaint in this action between plaintiff Yozons, Inc. and defendant DocuSign, Inc., WITH PREJUDICE, and the counterclaims in this action WITHOUT PREJUDICE, with each party to bear its own costs, expenses and attorneys' fees.

## ORDER OF DISMISSAL

CAME ON THIS DAY for consideration of the Stipulated Motion for Dismissal of all claims and counterclaims asserted between plaintiff Yozons, Inc. and defendant DocuSign, Inc., and the Court being of the opinion that said motion should be GRANTED, it is hereby ORDERED, ADJUDGED AND DECREED that all claims in the complaint asserted in this suit between plaintiff Yozons, Inc. and defendant DocuSign, Inc. are hereby dismissed with prejudice, and all counterclaims in this suit are hereby dismissed without prejudice.

It is further ORDERED that all attorneys' fees and costs are to be borne by the party that incurred them.

1 **IT IS SO STIPULATED.**

3  DATED: February 6, 2016           QUINN EMANUEL URQUHART & SULLIVAN, LLP

By  */s/ Claude M. Stern*
    Claude M. Stern
    Attorneys for Defendant DocuSign Inc.

DATED: February 6, 2016

By  */s/ Charles J. Crueger*
    Charles J. Crueger
    Attorneys for Plaintiff Yozons, Inc.

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

DATED: __2/9_____ 2016

By _____/s/ Susan Illston_____
Honorable Susan Illston
UNITED STATES DISTRICT JUDGE

CASE NO. 3:15-cv-05041-SI
STIPULATED MOTION AND [PROPOSED] ORDER TO DISMISS ALL CLAIMS WITH PREJUDICE PURSUANT TO FED. R. CIV. P. 41(a)(2) AND ALL COUNTERCLAIMS WITHOUT PREJUDICE PURSUANT TO FED. R. CIV. P. 41(c)

**FILER'S ATTESTATION**

Pursuant to Civil Local Rule 5-1(i) regarding signatures, I, Claude Stern, attest that concurrence in the filing of this document has been obtained from each of the other signatories.  I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

DATED: February 6, 2016                    By  */s/ Claude M. Stern*
                                                Claude M. Stern

                                                Attorney for DocuSign Inc.

CASE NO. 3:15-cv-05041-SI
STIPULATED MOTION AND [PROPOSED] ORDER TO DISMISS ALL CLAIMS WITH PREJUDICE PURSUANT TO FED. R. CIV. P. 41(a)(2) AND ALL COUNTERCLAIMS WITHOUT PREJUDICE PURSUANT TO FED. R. CIV. P. 41(c)